| | | | |
|---|---|---|---|
| | AUSA: Darrin Crawford | Telephone: (313) 226-9549 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Task Force Officer: Mohammed Bazzi | Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Joseph Casimiro

Case No.  Case: 2:24–mj–30396
Assigned To : Unassigned
Assign. Date : 9/12/2024
Description: COMP USA V.
SEALED MATTER(KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 20, 2024_____ in the county of _____Macomb_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 876(c) | Mailing threatening communications. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Mohammed Bazzi, Task Force Officer-FBI
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: 9/12/24

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Bernard A. Friedman, United States District Judge
Printed name and title

## Affidavit in Support of Criminal Complaint

## Introduction and Agent Background

Your affiant, Mohammed Bazzi, is a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), Joint Terrorism Task Force (JTTF), being duly sworn, depose and state as follows:

1. I am an investigative law enforcement officer of the United States within the meaning of Title 18, and I am empowered by law to conduct investigations and make arrests. As a TFO, I investigate matters related to domestic and international terrorism. Additionally, my squad within the JTTF is a reactive threat response unit which involves investigating active threats and coordinating the investigative efforts of federal, state, and local law enforcement agencies.

2. Utilizing training I have received in criminal investigations; I have investigated numerous federal criminal violations related to domestic and international terrorism. In particular, I have investigated threats towards elected officials, schools, places of worship, and individuals.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant charging Joseph Rodrigues Casimiro with a violation of 18, U.S.C. § 876(c) (Mailing threatening communications). The statements contained in this affidavit are based upon my personal observations, training, experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause in support of the

criminal complaint and arrest warrant and does not set forth every fact known to me about concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Casimiro has violated 18 U.S.C. § 876(c).

## Facts Establishing Probable Cause

4. Casimiro worked at U.S. Army Tank-automotive & Armaments Command (TACOM) as a Contract Specialist for 18 years. Casimiro was terminated from TACOM in 2015 after multiple violations at work. He was ultimately dismissed with a finding that his conduct was unbecoming of federal employment.

5. On 09/04/2019, a suspicious package was delivered to TACOM, addressed to Casimiro's former supervisor. The package was found to contain a doll head with a hand printed note, stating, "Your head is next." During the FBI's investigation, Casimiro was interviewed; he admitted to sending the package and described, in detail, what was contained in the package. He further stated that he would never make threats to anyone at TACOM again.

6. On 03/20/2024, a suspicious letter was delivered to TACOM. The letter was addressed to TACOM and contained two handwritten pages. One page stated, "Death Card", and the other had five names of TACOM employees, including Casimiro's former supervisor. The handwriting on the letters and envelope matched the handwriting from the 2019 threatening letter.

7. Investigating agents interviewed Casimiro. Prior to being notified of the nature of the interview, Casimiro smiled and acknowledged that he knew the agents were there to talk about threats he had made. He admitted targeting the people that he believed were responsible for having him fired from TACOM.

8. Casimiro stated that he was set up and accused of signing off on something he didn't do, and they destroyed his life. Casimiro confirmed he had mailed the letter and described it in detail, including clarifying that it was a death notice. He further stated the letter was just a threat, and he would not hurt anyone. Casimiro stated it had 5 or 6 names on it, all were former supervisors. He verbally provided the name of his direct former supervisor.

9. When Casimiro was presented a copy of the letter and envelope it was mailed in, he acknowledged that it was the letter that he sent. Casimiro stated his intention was to scare them. He stated he wanted them to be fearful and make them feel like they always needed eyes in the back of their heads.

## Conclusion

10. Based upon the aforementioned facts, there is probable cause to believe that Joseph Rodrigues Casimiro violated 18 U.S.C. § 876(c) (mailing threatening communications).

I hereby declare that the foregoing is true and correct to the best of my knowledge pursuant to the investigation conducted.

Respectfully submitted,

Mohammed Bazzi
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Bernard A. Friedman
United States District Judge

Date: 9/12/24